No. 96–370. BAY AREA LAUNDRY AND DRY CLEANING PENSION TRUST FUND *v.* FERBAR CORPORATION OF CALIFORNIA, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1209.] Motions of National Coordinating Committee for Multiemployer Plans et al., Midwest Motor Express, Inc., and John T. Joyce et al. for leave to file briefs as *amici curiae* granted.

No. 96–643. STEEL CO., AKA CHICAGO STEEL & PICKLING CO. *v.* CITIZENS FOR A BETTER ENVIRONMENT. C. A. 7th Cir. [Certiorari granted, 519 U. S. 1147.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–792. KALINA *v.* FLETCHER. C. A. 9th Cir. [Certiorari granted, 519 U. S. 1148.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–843. NATIONAL CREDIT UNION ADMINISTRATION *v.* FIRST NATIONAL BANK & TRUST CO. ET AL.; and

No. 96–847. AT&T FAMILY FEDERAL CREDIT UNION ET AL. *v.* FIRST NATIONAL BANK & TRUST CO. ET AL. C. A. D. C. Cir. [Certiorari granted, 519 U. S. 1148.] Motion of the Acting Solicitor General for divided argument granted.

No. 96–1395. KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT *v.* ERICKSON ET AL.; and KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT *v.* MCMANUS ET AL. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 1117.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 96–1487. UNITED STATES *v.* BAJAKAJIAN. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1239.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 96–1613. UNITED STATES *v.* ESTATE OF ROMANI. Sup. Ct. Pa. [Certiorari granted, *ante*, p. 1117.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.